IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:24-CR-00110-CKD |
| Plaintiff, | ) ) | **ORDER REGARDING** |
| v. | ) ) ) | **COMPETENCY EVALUATION** |
| VITALY ZHIRY, | ) ) | HEARING: August 8, 2024 |
| Defendant. | ) ) | TIME:    2:00 p.m.<br>COURT:   Hon. Carolyn K. Delaney |
| | ) ) ) | |

### ORDER

On May 29, 2024, the parties appeared for a detention hearing and status conference. At the hearing, the United States motioned the Court for a hearing to determine the defendant's competency to stand trial pursuant to 18 U.S.C. § 4241(a).

After consideration of the arguments raised during the hearing and the record to date, the Court hereby finds that there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. The Court hereby grants the motion of the United States. The Court also finds that a psychiatric examination of the defendant pursuant to 18 U.S.C. § 4241(b) will aid the Court and the parties.

Accordingly, the Court hereby **ORDERS** that:

(1) the defendant Vitaly Zhiry shall submit to a mental competency evaluation to assess his competency to stand trial in this case;

(2) the mental competency evaluation shall be conducted by: Dr. Robin Lin, 6197 N. Point Way, Sacramento, California;

(3) such evaluation shall address the legal issue of competency of Vitaly Zhiry, Dr. Lin shall review the BOP Guidelines for Forensic Evaluations and incorporate the same protocol, such as the defendant's history, behavior observations, collateral observations (such as police reports), medical history, psychological testing, and forensic interviews;

(4) the report regarding the competency evaluation shall be returned to the Court and the parties by July 30, 2024;

(5) time is excluded from May 29, 2024, through August 15, 2024, pursuant 18 U.S.C. § 3161(h)(1)(A) (Local Code A) and 18 U.S.C. § 3161(h)(4) (Local Code N);

(6) the previously scheduled hearing on July 18, 2024 is vacated; and

(7) this matter is scheduled for a further hearing on competency on August 8, 2024, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated:  June 24, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE