IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>VITALY ZHIRY,<br><br>　　　　　Defendant. | 2:24-CR-00110-CKD<br><br>**ORDER FINDING THE DEFENDANT MENTALLY INCOMPETENT TO STAND TRIAL UNDER 21 U.S.C. § 4241(d) AND COMMITTING THE DEFENDANT TO THE CUSTODY OF THE ATTORNEY GENERAL**<br><br>HEARING: August 8, 2024<br>TIME:　　2:00 p.m.<br>COURT:　Hon. Carolyn K. Delaney |

## ORDER

On May 29, 2024, the parties appeared for a detention hearing and status conference. At the hearing, the United States motioned the Court for a hearing to determine the defendant's competency to stand trial pursuant to 18 U.S.C. § 4241(a). On June 25, 2024, the Court set the matter for a competency hearing and ordered Dr. Robin Lin to conduct a mental competency evaluation of the defendant. ECF 10. On July 30, 2024, Dr. Lin submitted a psychiatric evaluation of the defendant. ECF 13. Based on his evaluation and review of records, Dr. Lin concluded with a reasonable degree of medical certainty that the defendant is not presently competent to stand trial. *Id.* at 6.

Upon consideration of the July 30, 2024 psychiatric evaluation prepared by Dr. Lin and the hearing held on August 8, 2024; pursuant to 18 U.S.C. § 4241(d), the Court finds by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and to assist properly in his defense.  Accordingly, the Court hereby **ORDERS** that:

(1) the defendant is committed to the custody of the Attorney General for treatment in a suitable facility for such a reasonable time, not to exceed four months, as is necessary to determine whether there is a substantial probability that the defendant will attain capacity to permit the proceedings to go forward;

(2) upon completion of the evaluation of the defendant, the director of such facility shall submit a report regarding the defendant's competency to counsel and the Court by December 12, 2024;

(3) time is excluded from August 8, 2024, through December 19, 2024, pursuant 18 U.S.C. § 3161(h)(1)(A) (Local Code A) and 18 U.S.C. § 3161(h)(4) (Local Code N); and

(4) this matter is set for a status conference on December 19, 2024, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated:  August 8, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE