IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:24-CR-00110-CKD |
| Plaintiff, | ) ) | **ORDER RE: COMPETENCY EVALUATION** |
| v. | ) ) | |
| VITALY ZHIRY, | ) ) | HEARING: January 14, 2025 TIME:    2:00 p.m. |
| Defendant. | ) ) | COURT:  Hon. Carolyn K. Delaney |
| | ) ) ) ) ) ) ) | |

## ORDER

On August 8, 2024, the defendant was ordered committed to the custody of the Attorney General in order to conduct a competency evaluation. ECF 15. By prior order, the Court ordered that the competency evaluation be completed and submitted to the Court by December 12, 2024. ECF 15. On December 19, 2024, the parties appeared before the Court for a status conference. At that time, the United States requested an additional 120-days to conduct the competency evaluation.

///

///

1

Accordingly, for the reasons stated on the record and based on the request of the United States, the Court hereby **ORDERS** that:

(1) the defendant shall remain committed to the custody of the Attorney General for treatment in a suitable facility for such a reasonable time as is necessary to determine whether there is a substantial probability that the defendant will attain capacity to permit the proceedings to go forward;

(2) the Bureau of Prisons, United States Medical Center for Federal Prisoners shall provide a status report to the Court by January 6, 2025, that addresses the following items:

   a. What is the status of the competency evaluation?
   b. Can the competency evaluation report be completed and filed by March 6, 2025?
   c. If the competency evaluation report cannot be completed by March 6, 2025, provide an explanation of why not?
   d. Is the defendant cooperating with evaluation personnel?
   e. Is the defendant eating?
   f. Is the defendant healthy?
   g. Is the defendant medicated?  If so, what medications?

(3) time is excluded from December 19, 2024, through March 6, 2025, pursuant 18 U.S.C. § 3161(h)(1)(A) (Local Code A) and 18 U.S.C. § 3161(h)(4) (Local Code N); and

(4) this matter is set for a status conference on January 14, 2025, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated:  December 19, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE