HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
Linda Harter, # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814-2512
Telephone: 916.498.5700
linda_harter@fd.org

Attorney for Defendant
Vitaly Zhiry

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case №: 2:24-cr-00110-CKD |
|---|---|
| Plaintiff, | **O R D E R** |
| vs. | **WITHDRAWING THE FEDERAL DEFENDER AS COUNSEL, APPOINTING AD HOC CJA COUNSEL** |
| VITALY ZHIRY, | |
| Defendant. | |

Upon Defendant's motion and consent, good cause appearing, and for consistency of representation,

IT IS HEREBY ORDERED, effective January 14, 2025, withdrawing the Federal Defender as counsel and appointing Linda Harter as *ad hoc* CJA counsel pursuant to 18 U.S.C. § 3006A(b) and Eastern District of California's CJA Plan, Gen. Ord. 671, § XI.C.


DATED: January 14, 2025      /s/ Carolyn K. Delaney
                             HON. Carolyn K. Delaney
                             United States Magistrate Judge