IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:24-CR-00110-CKD |
| Plaintiff, | ) ) | **ORDER RE: COMPETENCY EVALUATION** |
| v. | ) ) | |
| VITALY ZHIRY, | ) ) | HEARING: April 24, 2025 |
| Defendant. | ) ) | TIME:  2:00 p.m. COURT:  Hon. Carolyn K. Delaney |

## ORDER

On August 8, 2024, the defendant was ordered committed to the custody of the Attorney General in order to conduct a competency evaluation. ECF 15. By prior order, the Court ordered that the competency evaluation be completed and submitted to the Court by December 12, 2024. ECF 15. On December 19, 2024, the parties appeared before the Court for a status conference. At the conclusion of the hearing, the Court ordered that the Bureau of Prisons submit a status report. ECF 20. The Bureau of Prisons submitted a status report to the parties dated December 31, 2024. Upon

///

consideration of the December 31, 2024, status report and the argument of counsel at the January 14, 2025, status conference, the Court hereby **ORDERS** that:

(1) the defendant shall remain committed to the custody of the Attorney General for treatment in a suitable facility for such a reasonable time as is necessary to determine whether there is a substantial probability that the defendant will attain capacity to permit the proceedings to go forward;

(2) the Bureau of Prisons, United States Medical Center for Federal Prisoners shall submit a competency report to the Court and the parties by April 17, 2025;

(3) the December 31, 2024, status report shall be filed on the docket under seal;

(4) time is excluded from January 14, 2025, through April 24, 2025, pursuant 18 U.S.C. § 3161(h)(1)(A) (Local Code A) and 18 U.S.C. § 3161(h)(4) (Local Code N); and

(5) this matter is set for a status conference on April 24, 2025, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: January 14, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE