MICHELE BECKWITH
Acting United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00110-CKD |
| Plaintiff, | ORDER DISMISSING INFORMATION |
| v. | DATE: |
| VITALY ZHIRY, | TIME:<br>COURT: Hon. Carolyn K. Delaney |
| Defendant. | |

**ORDER**

Based on the United States's Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Information is DISMISSED against the above-captioned defendant.

Dated: May 6, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE