IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:24-CR-00110-CKD |
| Plaintiff, | ) **ORDER RE: CONTINUED** |
| | ) **HOSPITALIZATION PURSUANT** |
| v. | ) **TO 18 U.S.C. § 4246** |
| VITALY ZHIRY, | ) |
| Defendant. | ) HEARING: |
| | ) TIME: |
| | ) COURT:    Hon. Carolyn K. Delaney |

## **ORDER**

On August 8, 2024, the defendant was ordered committed to the custody of the Attorney General in order to conduct a competency evaluation.  ECF 15.  By prior order, the Court ordered that a competency evaluation be completed and submitted to the Court. ECF 15, 20, 25.  On April 9, 2025, Bureau of Prisons Clinical Psychologist Dr. Cynthia Turner submitted a Forensic Psychological Report.  The competency evaluation was submitted to the Court and the parties, and subsequently filed under seal.  On April 24, 2025, the parties appeared before the Court for a hearing regarding the competency evaluation.  At the hearing, the United States informed the Court that based on Dr.

Turner's opinion that the defendant is presently incompetent to stand trial, the United States planned to dismiss the pending Information in this case.

Accordingly, pursuant to 18 U.S.C. § 4246, and upon consideration of the April 9, 2025 Report by Dr. Turner, the arguments of the parties, and the record in this case, the Court hereby **ORDERS** that:

(1)     the defendant's release is stayed pending further proceedings;

(2)     the defendant shall remain committed to the custody of the Attorney General for treatment in a suitable facility;

(3)     the Bureau of Prisons, United States Medical Center for Federal Prisoners shall provide a status report to the Court by June 13, 2025, that addresses whether suitable arrangements are available for the custody and care of the defendant to be transferred to the State of California;

(4)     the Bureau of Prisons, United States Medical Center for Federal Prisoners shall conduct a psychiatric or psychological examination of the defendant pursuant to 18 U.S.C. § 4246(b) to address whether the release of the defendant would create a substantial risk of bodily injury to another person or serious damage to property of another;

a.   the Bureau of Prisons, United States Medical Center for Federal Prisoners shall submit a report regarding the examination to the Court by August 15, 2025;

(5)     this matter is set for a status conference on August 21, 2025, at 2:00 p.m.;

(6)     the Department of State Hospitals, 2100 Napa-Vallejo Highway, Napa, California 94558-6293 shall release all information in their custody regarding the defendant to the Bureau of Prisons, United States Medical Center for Federal Prisoners and to counsel for the defendant;

a.   The Clerk's Office shall mail a copy of this Order to the Department of State Hospitals;

(7)    the Sacramento VA Medical Center, Release of Information Office, 10535 Hospital Way, Mather, California, 95655 shall release all information in their custody regarding the defendant to the Bureau of Prisons, United States Medical Center for Federal Prisoners and counsel for the defendant;

a.  The Clerk's Office shall mail a copy of this Order to the Sacramento VA Medical Center.

**IT IS SO ORDERED.**

Dated:  May 6, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE